# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERTO LABOY, : | |
|    Petitioner : | |
| : | No. 1:16-CV-01951 |
| vs. : | |
| : | (Judge Rambo) |
| PA STATE ATTORNEY : | |
| GENERAL, et al., : | |
|    Respondents : | |

## ORDER

**AND NOW**, this 7th day of December, 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Roberto Laboy's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

                      s/Sylvia H. Rambo  
                      SYLVIA H. RAMBO  
                      United States District Judge